

*IN THE UNITED STATES DISTRICT COURT*

*FOR THE DISTRICT OF DELAWARE*

| | | |
|---|---|---|
| *ROBERT MINUTOLA*<br>*1217 Thistlewood Lane*<br>*West Chester, PA 19380* | ) | *CIVIL ACTION - LAW* |
| *v.* | ) | *CASE NO.:* 08CV222 |
| *RICHARD DAVID SPIERING*<br>*25329 Calvert Road*<br>*Box 52*<br>*Greensboro, MD 21639* | ) | *JURY TRIAL DEMANDED* |
| *and* | ) | |
| *THOMAS ERIC LONG*<br>*610 D 4H Park Road*<br>*Queenstown, MD 21658* | ) | |
| *and* | ) | |
| *MIGUEL ANGEL GAMBOA*<br>*27088 Marydel Road*<br>*Marydel, MD 21649* | ) | |
| *and* | ) | |
| *DONALD L. GIVENS*<br>*10379 Airport Road*<br>*Seaford, DE 19973* | ) | |
| *and* | ) | |
| *CARIE ANN GIVENS*<br>*10379 Airport Road*<br>*Seaford, DE 19973* | ) | |

2008 APR 28 PM 2:45
DISTRICT OF DELAWARE

*ENTRY OF APPEARANCE*

**PLEASE TAKE NOTICE** that GORDON L. McLAUGHLIN hereby enters his appearance as local counsel on behalf of the Plaintiff in the above-captioned matter.

**LAW OFFICES OF GORDON L. McLAUGHLIN**

BY: ______________________________

**GORDON L. McLAUGHLIN**
**BAR ID#2205**
1203 NORTH ORANGE STREET
WILMINGTON, DE 19801
(302) 651-7979
ATTORNEY FOR PLAINTIFF

Date: April 23, 2008

MINUTOLA\ENTRY.WPD

LAW OFFICES OF
GORDON L. MCLAUGHLIN
ATTORNEY AT LAW
1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 651-7979
FAX (302) 651-7976

GORDON L. MCLAUGHLIN

08CV 222

April 23, 2008

2008 APR 28 PM 2:45
DISTRICT OF DELAWARE

***HAND DELIVERED***

Clerk of the Court
United States District Court
District of Delaware
500 North King Street
Wilmington, DE 19801

RE: Minutola v. Spiering, et al

Dear Sir/Madam:

I am pleased to move the admission of Alfred V. Altopiedi, Esquire, as attorney of record Pro Hoc Vice on behalf of the Plaintiff, Robert Minutola. I hereby certify that I am a member in good standing of the Delaware Bar (ID#2205) and this Court as well. Enclosed please find four (4) original signed copies of the Motion and Orders signed by Mr. Altopiedi and I.

Also enclosed is a check in the amount of $25.00. Please be advised that I will be local counsel for Mr. Altopiedi in this matter.

Thank you for your assistance. If you require anything further, please advise.

Very truly yours,

***GORDON L. McLAUGHLIN***

GLM/plt
Enclosures
CC: Alfred V. Altopiedi, Esquire
Ms. Deborah Healey, Secretary to Alfred V. Altopiedi, Esquire
MINUTOLA\COURT.MOTION