ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MINUTOLA<br>1217 Thistlewood Lane<br>West Chester, PA 19380 | CIVIL ACTION - LAW |
| v. | CASE NO.:  08 CV 222 |
| RICHARD DAVID SPIERING<br>25329 Calvert Road<br>Box 52<br>Greensboro, Maryland 21639 | JURY TRIAL DEMANDED |
| and | |
| THOMAS ERIC LONG<br>610 D 4H Park Road<br>Queenstown, Maryland 21658 | |
| and | |
| MIGUEL ANGEL GAMBOA<br>27088 Marydel Road<br>Marydel, Maryland 21649 | |
| and | |
| DONALD L. GIVENS<br>10379 Airport Road<br>Seaford, Delaware 19973 | |
| and | |
| CARIE ANN GIVENS<br>10497 Airport Road<br>Seaford, Delaware 19973-0000 | |

2008 APR 28 PM 2: 44

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Alfred V. Altopiedi, Esquire, to represent Plaintiff, Robert Minutola, in this matter.

*[signature]*
GORDON L. McLAUGHLIN, ESQUIRE
1203 North Orange Street
Wilmington, Delaware 19801
(302) 651-7979

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for admission pro hac vice is GRANTED.

DATE:_____          _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and United States District Court for the Eastern District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon filing of this Motion.

DATE: 4/15/08          _____
                       ALFRED V. ALTOPIEDI, ESQUIRE
                       902 Old Marple Road
                       Springfield, PA 19064