IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT MINUTOLA, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 08-222 |
| | § | |
| v. | § | TRIAL BY JURY OF |
| | § | |
| RICHARD DAVID SPIERING, THOMAS ERIC LONG, MIGUEL ANGEL GAMBOA, DONALD L. GIVENS and CARIE ANN GIVENS, | § § § § | TWELVE DEMANDED |
| | | |
| Defendants. | | |

## ENTRY OF APPEARANCE

Without waiving any affirmative defenses including, but not limited to insufficiency of service, statute of limitation and failure to state a claim upon which relief can be granted, please enter the appearance of Carol J. Antoff, Esquire, as counsel for Defendant, Robert David Spiering.

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
**Carol J. Antoff, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Spiering

Date: May 29, 2008

**CERTIFICATION OF SERVICE**

I, the undersigned, do hereby certify on this 29th day of May, 2008, that a true and correct copy of the Entry of Appearance has been served electronically, to the following:

Alfred V. Altopiedi, Esquire
902 Old Marple Road
Springfield, PA 19064
Attorney for Plaintiff

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
**Carol J. Antoff, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Spiering

F:\2008\08nk00213\E-Filed Pleadings\Entry.doc