IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT MINUTOLA, | § § | |
| Plaintiff, | § § | C.A. No. 08-222 |
| v. | § § § | TRIAL BY JURY DEMANDED |
| RICHARD DAVID SPIERING, THOMAS ERIC LONG, MIGUEL ANGEL GAMBOA, DONALD L. GIVENS and CARIE ANN GIVENS, | § § § § § § | |
| Defendants. | § | |

**ANSWER TO ALL PRESENT AND FUTURE CROSSCLAIMS**

1. Answering Defendant denies that it is liable to Plaintiff in any manner, denies that it was negligent in any manner, and denies that it is liable to any Co-Defendant for contribution and/or indemnification.

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
**Carol J. Antoff, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Spiering

Date: June 11, 2008

## CERTIFICATION OF SERVICE

I, the undersigned, do hereby certify on this 11th day of June, 2008, that a true and correct copy of Defendant Spiering's Answer to Crossclaims has been served electronically, to the following:

Alfred V. Altopiedi, Esquire
902 Old Marple Road
Springfield, PA 19064
Attorney for Plaintiff

Gordon L. McLaughlin, Esquire
Law Offices of Gordon L. McLaughlin
1203 North Orange Street
Wilmington, DE 19801

David C. Malatesta, Jr., Esquire
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
**Carol J. Antoff, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Spiering

F:\2008\08nk00213\E-Filed Pleadings\Answer to Crossclaims.doc