LAW OFFICES

# ALFRED V. ALTOPIEDI

A PROFESSIONAL CORPORATION

ALFRED V. ALTOPIEDI
ADMITTED IN PA & DC BARS

E-MAIL: ava@pilawyer.com

DONNA A. CASASANTO
ADMITTED IN PA & NJ BARS

E-MAIL: donna@pilawyer.com

902 OLD MARPLE ROAD
SPRINGFIELD, PA 19064

TELEPHONE (610) 544-1800
FAX (610) 544-1808

July 23, 2008

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

    Re:    Minutola v. Spiering, et al
             08-CV-00222-SLR

Dear Judge Robinson:

    Please allow this correspondence to serve as notification to the Court of Plaintiff's efforts to effectuate service on the five defendants in this case. Plaintiff has served Richard Spiering, the primary tortfeasor in this case, as well as Carrie Ann Givens and Donald L. Givens. Plaintiff has been unable to locate defendants Thomas Eric Long and Miguel Angel Gamboa and is therefore having difficulty serving these individuals.

    Service was attempted by Process Server Glenn Graybel of Chesapeake Services on seven occasions, with no answer at the last known address of Mr. Long on any of the seven attempts. Mr. Graybel left written notice requesting contact regarding court documents and received no response. A Request for Change of Address Information for Service of Legal Process was submitted to the Postmaster for Queenstown, Maryland, but was returned to Plaintiff indicating that no forwarding address was provided for Mr. Long.

    Service was attempted by John Stolzenbach of O'Rourke Investigative Associates, Inc. for Miguel Angel Gamboa. Upon attempt to serve Mr. Gamboa at his last known address, Mr. Stolzenbach was advised by the current resident of that location that Mr. Gamboa had moved out of the country and believes back to Mexico, one year prior and that no forwarding information was available.

July 23, 2008
Page Two

-------------------------------------

    As indicated, the primary tortfeasor in this rear end chain collision has been served and therefore, the case can proceed without Defendants Gamboa and Long. However, Plaintiff will continue to effectuate service on these defendants and requests a sixty (60) day extension of time to further attempt to locate and serve them. In addition, we would appreciate any guidance from the Court as to any alternative methods to proceed in this matter.

    Thank you for your attention to the above requests.

                                              Respectfully submitted,

                                              ALFRED V. ALTOPIEDI

AVA:km

cc:    Carol J. Antoff, Esq.
        David Arndt, Esq.