IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT MINUTOLA, | § § | |
| Plaintiff, | § § | C.A. No. 08-222 |
| v. | § § | TRIAL BY JURY DEMANDED |
| RICHARD DAVID SPIERING, THOMAS ERIC LONG, MIGUEL ANGEL GAMBOA, DONALD L. GIVENS and CARIE ANN GIVENS, | § § § § § | |
| Defendants. | | |

## CERTIFICATE OF SERVICE OF DISCOVERY

Now comes the undersigned pursuant to Federal District Court Civil Rule 5(d) and hereby certifies that Interrogatories and Request for Production of Documents of Directed to Plaintiff, Robert Minutola were sent, together with this Notice of Service of Discovery, by U.S. Mail, postage pre-paid, on August 19, 2008, to:

Alfred V. Altopiedi, Esquire
902 Old Marple Road
Springfield, PA 19064

**Attorney for Plaintiffs**

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
**CAROL J. ANTOFF, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant, RICHARD DAVID SPIERING

Date: August 19, 2008