**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT MINUTOLA | : | |
| | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | CASE NO.: |
| | : | |
| RICHARD DAVID SPIERING | : | |
| | : | JURY TRIAL DEMANDED |
| and | : | |
| | : | |
| THOMAS ERIC LONG | : | |
| | : | |
| and | : | |
| | : | |
| MIGUEL ANGEL GAMBOA | : | |
| | : | |
| and | : | |
| | : | |
| DONALD L. GIVENS | : | |
| | : | |
| and | : | |
| | : | |
| CARIE ANN GIVENS | : | NO.:   08-222 (SLR) |

**CERTIFICATE OF SERVICE**

    I, Alfred V. Altopiedi, Esquire, do hereby certify that he did forward Plaintiff's Interrogatories Addressed to Defendant, Donald L. Givens, Dated June 6, 2008, Plaintiff's Interrogatories Addressed to Defendant, Carie Ann Givens, Dated June 6, 2008 and Plaintiff's Request for Production of Documents Addressed to Defendant, Donald L. Givens and Carie Ann Givens, Dated June 6, 2008 directly to counsel for the Defendants, by first class mail, postage pre-paid, the 6th day of June, 2008, as follows:

Carol J. Antoff, Esquire
Law Office of Cynthia G. Beam
131 Continental Drive
Suite 407 - Christiana Executive Campus
Newark, Delaware 19713-4301
Attorney for Defendant, Richard David Spiering

and

David C. Malatesta, Jr., Esquire
Kent & McBride, P.C.
1105 Market Street
Suite 500
Wilmington, DE 19801
Attorney for Defendants Donald Givens and Carie Givens

S/_____
ALFRED V. ALTOPIEDI, ESQUIRE
Attorney for Plaintiff